United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-13408-mdc
Rudy D Arnold                                                   Chapter 13
Rudy D. Arnold
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Eileen            Page 1 of 2              Date Rcvd: Oct 05, 2017
                                Form ID: 167            Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2017.
db              Rudy D Arnold,    1833 New London Road,    Landenberg, PA  19350
db             +Rudy D. Arnold,    MAILING ADDRESS,    P.O. Box 26,    Kemblesville, PA 19347-0026
cr             +M&T Bank,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,    Warrington, PA 18976-3400
cr             +Manufacturers and Traders Trust Company, successor,     c/o Shaan S. Chima, Esq.,
                 Gebhardt & Smith LLP,    One South Street,    Suite 2200,    Baltimore, MD 21202-3281
13918053       +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
13961728        American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13918054       +BYL Collections,    301 Lacey St,    West Chester, PA 19382-3727
13918055        Capital One Yamaha,    PO Box 30253,    Salt Lake City, UT 84130-0253
13961737        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13934980       +M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
13918060        Wells Fargo Bank Home Mortgage,    1 Home Campus X2303-01A,    Des Moines, IA 50328-0001
13949006        Wells Fargo Bank, N.A. as servicer,    Attn: Default Document Processing,
                 1000 Blue Gentian Road, N9286-01Y,    Eagan MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2017 01:53:48      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13948795       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 06 2017 02:04:22
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
13918056        E-mail/Text: bnckohlsnotices@becket-lee.com Oct 06 2017 01:56:36      Kohls / Chase,
                 N56 W Ridgewood Drive,    Menomonee Falls, WI 53051
13918057        E-mail/Text: camanagement@mtb.com Oct 06 2017 01:56:44      M&T Bank,    1100 Wehrle Drive,
                 Buffalo, NY 14221-7748
13986171        E-mail/Text: camanagement@mtb.com Oct 06 2017 01:56:44      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
13929581        E-mail/Text: camanagement@mtb.com Oct 06 2017 01:56:44      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240
13918058        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 06 2017 02:04:22
                 Portfolio Recovery,    120 Corporate Boulevard,    Norfolk, VA 23502
13981445        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 06 2017 02:04:22
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13918568       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 06 2017 02:05:52
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13918059       +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2017 01:53:48      SynchB/ SLEEP NUMBER,
                 PO BOX 965036,    Orlando, FL 32896-5036
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13936567       M&T Bank - PO Box 1508, Buffalo, NY 14240
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                      Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2017 at the address(es) listed below:
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    M&T Bank cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A., et. al. paeb@fedphe.com
              JOSEPH F. CLAFFY    on behalf of Debtor Rudy D Arnold claffylaw@gmail.com,
               claffylaw@aol.com;claffylawecf@gmail.com

```
District/off: 0313-2          User: Eileen              Page 2 of 2              Date Rcvd: Oct 05, 2017
                              Form ID: 167              Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        JOSEPH F. CLAFFY    on behalf of Debtor Rudy D. Arnold claffylaw@gmail.com, claffylaw@aol.com;claffylawecf@gmail.com
        MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, N.A., et. al. paeb@fedphe.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
        SHAAN S. CHIMA    on behalf of Creditor    Manufacturers and Traders Trust Company, successor to Wilmington Trust Company shaan.chima@gebsmith.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM EDWARD MILLER    on behalf of Creditor    M&T Bank wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

        TOTAL: 11

Case 17-13408-mdc    Doc 46    Filed 10/07/17    Entered 10/08/17 01:03:07    Desc Imaged
Certificate of Notice    Page 2 of 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Rudy D Arnold and Rudy D. Arnold
    Debtor(s)

Case No: 17−13408−mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

*rescheduled courtroom & time*
Motion for Relief from Stay RE: Property Address 1833 New London Road, Landenberg, PA 19350 NKA 1833 New London Road, Landenberg, PA 19350−1509. Filed by Wells Fargo Bank, N.A., et. al. Represented by JEROME B. BLANK

on: 10/25/17

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/5/17

Timothy B. McGrath
Clerk of Court

42 − 33
Form 167